**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diane P. Archdeacon                                 CHAPTER 13
                    Debtor(s)

                                                                          BKY. NO. 18-11107 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
19 May 2021, 15:40:28, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322