# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

                               Bankruptcy No. 18-11107-MDC

DIANE P ARCHDEACON

490 MONTICELLO AVENUE

ASTON, PA 19014

       Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DIANE P ARCHDEACON

490 MONTICELLO AVENUE

ASTON, PA 19014

Counsel for debtor(s), by electronic notice only.

ROBERT H HOLBER, ESQ
41 EAST FRONT STREET

MEDIA, PA 19063-

                             /S/ Kenneth E. West

Date: 3/1/2023
                          _____

                             Kenneth E. West, Esquire
                             Chapter 13 Standing Trustee