Certificate Number: 03621-PAE-DE-037453997

Bankruptcy Case Number: 18-11107



03621-PAE-DE-037453997

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2023, at 4:27 o'clock PM EDT, Diane P Archdeacon completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 23, 2023

By: /s/Lashonda Collins

Name: Lashonda Collins

Title: Credit Counselor