United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11107-mdc |
| Diane P. Archdeacon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane P. Archdeacon, 490 Monticello Avenue, Aston, PA 19014-3361 |
| 14058576 | + | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 14634715 | + | AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14058577 | + | Benchmark Federal Cred, P.O. Box 2387, West Chester, PA 19380-0114 |
| 14058581 | | Central Credit Service, 550 N Regency Square Blv, Jacksonville, FL 32225 |
| 14058584 | + | Chi-Fuels, 196 Kirk Road, Garnet Valley, PA 19060-1238 |
| 14058585 | + | City of Chester, City Treasurer, Municpal Bldg. Annex, 35 E. 5th Street, Chester, PA 19013-4401 |
| 14103575 | + | ECMC, PO BOX 16129, St Paul, MN 55116-0129 |
| 14100313 | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE, SETERUS, INC., P.O. BOX 1047, HARTFORD CT 06143-1047 |
| 14058586 | + | Geraldine DelloBuono, 1327 North DuPont Street, Wilmington, DE 19806-4027 |
| 14058587 | | Glen Mills Sand & Gravel, 540 Pennell Road, Media, PA 19063 |
| 14062824 | | James A. Prostko, Esq., Id. No.27221, Phelan Hallinan Diamond & Jones, LLP, Atty for Fannie Mae, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14058589 | + | Lauren Archdeacon, 490 Monticello Avenue, Aston, PA 19014-3361 |
| 14058590 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14058591 | + | Midas Auto Service Experts, 8141 Ogontz Avenue, Philadelphia, PA 19150-1503 |
| 14289345 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14058593 | + | Pennsylvania Department of Revenue, P.O. Box 280407, Harrisburg, PA 17128-0407 |
| 14058595 | + | Setrus, P.O. Box 1077, Hartford, CT 06143-1077 |
| 14058598 | + | Susan Barr Shepherd, 200 Hinkson Boulevard, Ridley Park, PA 19078-1832 |
| 14058599 | + | Thomas F. Sacchetta, Esquire, SACCHETTA & BALDINO, 308 E SECOND ST, Media, PA 19063-3033 |
| 14058600 | + | Township of Upper Chichester, Tax Collector, P.O. Box 2089, Boothwyn, PA 19061-8089 |
| 14058601 | | Township of Upper Chichester, Tax Collector, P.O. Box 42981, Philadelphia, PA 19101-2981 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 26 2023 01:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14097425 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 01:15:54 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14061978 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2023 01:15:47 | Attn: Capital One Auto Finance,, a division of Capital One, N.A. Dept, AIS Portfolio Services, LP, Account: XXXXXXXXX5403, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14058578 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 26 2023 01:12:00 | Best Buy, Retail Services, P.O. Box 15521, Wilmington, De 19850-5521 |
| 14058579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:16:04 | Capital One, P.O. Box 105474, Atlanta, GA |

Case 18-11107-mdc   Doc 80   Filed 05/27/23   Entered 05/28/23 00:37:53   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14058580 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 26 2023 01:16:00 | Capital One Auto Finance, P.O. Box 660068, Sacramento, CA 95866-0068 |
| 14060981 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2023 01:16:12 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14080229 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2023 01:15:47 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14058583 | + | Email/Text: account.manager@chesterwater.com | May 26 2023 01:12:00 | Chester Water Authority, P.O. Box 467, Chester, PA 19016-0467 |
| 14087191 | | Email/Text: ECMCBKNotices@ecmc.org | May 26 2023 01:12:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14058588 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2023 01:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14058582 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2023 01:15:49 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14609398 | ^ | MEBN | May 26 2023 01:08:13 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14326409 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2023 01:12:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14058592 | + | Email/Text: bankruptcygroup@peco-energy.com | May 26 2023 01:12:00 | PECO, Credit Department SF-1, 2301 Market Street, Philadelphia, Pa 19103-1338 |
| 14083871 | + | Email/Text: bankruptcygroup@peco-energy.com | May 26 2023 01:12:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14090777 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 01:16:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14072170 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2023 01:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14058594 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 01:28:48 | Portfoilio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 14058597 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 26 2023 01:16:02 | Sprint, P.O. Box 660075, Dallas, TX 75266-0075 |
| 14058596 | + | Email/Text: clientservices@simonsagency.com | May 26 2023 01:12:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14207126 | *+ | Chester Water Authority, P.O. Box 467, Chester, PA 19016-0467 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DAVID M. KLAUDER
on behalf of Interested Party Geraldine Dello Buono dklauder@bk-legal.com ldees@bk-legal.com

HARRY B. REESE
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JAMES A. PROSTKO
on behalf of Creditor Federal National Mortgage Association ("FANNIE MAE") paeb@fedphe.com

JASON BRETT SCHWARTZ
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com

JEROME B. BLANK
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

MARIO J. HANYON
on behalf of Creditor Federal National Mortgage Association ("FANNIE MAE") wbecf@brockandscott.com mario.hanyon@brockandscott.com

ROBERT H. HOLBER
on behalf of Debtor Diane P. Archdeacon rholber@holber.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Diane P. Archdeacon
    Debtor(s)

Case No: 18−11107−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/25/23