*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Diane P. Archdeacon                                       : Case No. 18–11107–mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 22, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                    By The Court

                                    Magdeline D. Coleman
                                    Chief Judge, United States Bankruptcy Court

86
Form 195