United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-11107-mdc
Diane P. Archdeacon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Sep 22, 2023      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane P. Archdeacon, 490 Monticello Avenue, Aston, PA 19014-3361 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. KLAUDER | on behalf of Interested Party Geraldine Dello Buono dklauder@bk-legal.com ldees@bk-legal.com |
| HARRY B. REESE | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| JAMES A. PROSTKO | on behalf of Creditor Federal National Mortgage Association ("FANNIE MAE") paeb@fedphe.com |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Sep 22, 2023    Form ID: 195    Total Noticed: 1

| | |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper jblank@pincuslaw.com  mmorris@pincuslaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Federal National Mortgage Association ("FANNIE MAE") wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| ROBERT H. HOLBER | on behalf of Debtor Diane P. Archdeacon rholber@holber.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Diane P. Archdeacon                                      : Case No. 18−11107−mdc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , September 22, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                        By The Court

                        Magdeline D. Coleman
                        Chief Judge, United States Bankruptcy Court